(Republished)

■ In the Matter of J & J SPORTING CLUB, INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determinations of the respondent,

dated October 15, 1971, unanimously confirmed. Respondent shall recover of petitioner one bill of $50 costs and disbursements of this proceeding. The order of this court entered on February 15, 1972, is vacated. No opinion. Concur — McGivern, J. P., Markewich, Nunez, Murphy and Tilzer, JJ. [33 A D 2d 890.]